UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY LESANE, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1795 JAM KJN P<br><br>ORDER |

By an order filed December 27, 2016, plaintiff was ordered to pay the appropriate filing fee within fourteen days, and warned that failure to pay the fees would result in dismissal of the complaint. Plaintiff sought reconsideration. On June 29, 2017, plaintiff's motion for reconsideration was denied, and plaintiff was granted fourteen days in which to pay the filing fees and again warned that failure to do so would result in the dismissal of this action. Fourteen days have now passed, and plaintiff has not responded to the court's order and has not paid the required filing fee.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: September 28, 2017

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1